## Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

June 28, 2021

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**RE: Settlement of Case and Adjournment of Initial Conference**
*Starr Indemnity & Liability Co., Inc. v. Maersk Line A/S et al.*
**21 Civ. 1805 (SHS)**
**(NHS File No. 28-304 VW)**

Dear Judge Stein:

We represent Plaintiff Starr Indemnity & Liability Co., Inc. in the above-referenced action. We write on behalf of Plaintiff and Defendant Maersk Line A/S to advise the Court that the parties have reached a settlement agreement in principle in this matter and, therefore, respectfully request that the initial conference currently scheduled for June 30, 2021 be adjourned indefinitely while the parties finalize the settlement and ultimately file a stipulation of dismissal with the Court within 60 days.

The undersigned counsel for Plaintiff has conferred with the Defendant and the parties consent to the requested adjournment of the initial conference while the settlement is finalized. There has been one prior request for an adjournment of the initial conference in this matter which was granted.

We thank the Court for its time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or comments.

New Jersey • 505 Main Street, Suite 106, Hackensack, NJ 07601-5928 • t 201-343-0970 • f 201-343-5882
Georgia • 4555 Mansell Road, Suite 300, Alpharetta, GA 30022 • t 770-521-4234 • f 770-521-4200

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*

Val Wamser

**CC:**

**All Counsel of Record via ECF**

**The conference is adourned to August 30, 2021, at 10:00 a.m. If a stipulation of dismissal is filed before August 30, the conference will be ~~adjourned~~ cancelled**

**Dated: New York, New York
June 28, 2021**

**SO ORDERED:**

*[signature]*

Sidney H. Stein, U.S.D.J.